# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>Steve Massey<br>Date of Previous Judgment: July 2, 2003<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 2:03CR20009-001<br>USM No: 06530-010<br>Robert S. Blatt<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 29           Amended Offense Level: _____
Criminal History Category: VI        Criminal History Category: _____
Previous Guideline Range: 151 to 188 months   Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 3 2008
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

**III. ADDITIONAL COMMENTS**
Due to Defendant's assessed enhancement for Career Offender under Guidelines § 4B1.1, adjusting the base offense level for drug amount does not affect the imprisonment range under the Guidelines.

Except as provided above, all provisions of the judgment dated 7/2/2003 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 3, 2008

Judge's signature

Effective Date: _____
(if different from order date)

Honorable Robert T. Dawson, U.S. District Judge
Printed name and title